K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
John Morales

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES, | ) No.  1:11-CV-00479-LJO-SMS |
| Plaintiff, | ) **NOTICE OF VOLUNTARY DISMISSAL OF M & H REALTY PARTNERS AFFILIATED FUND III L.P. ONLY** |
| vs. | |
| M & H REALTY PARTNERS AFFILIATED FUND III L.P., et al., | |
| Defendants. | |

WHEREAS, no defendant has filed an answer or a motion for summary judgment;

WHEREAS, Plaintiff has incorrectly named M & H Realty Partners Affiliated Fund III L.P. in this action;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that Defendant M & H Realty Partners Affiliated Fund III L.P. only be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

Date: April 20, 2011                              MOORE LAW FIRM, P.C.


                                                  /s/ Tanya E. Moore
                                                  Tanya E. Moore
                                                  Attorneys for Plaintiff John Morales

*Morales v. M & H Realty Partners Affiliated Fund III L.P., et al.*
Request for Dismissal; Order

Page 1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that only M & H Realty Partners Affiliated Fund III L.P. be dismissed with prejudice from this action.

IT IS SO ORDERED.

Dated:   **April 20, 2011**                         /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE

*Morales v. M & H Realty Partners Affiliated Fund III L.P., et al.*
Request for Dismissal; Order

Page 2