Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
John Morales

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES, | No. 1:11-CV-00479-LJO-SMS |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |
| vs. | |
| M H REALTY PARTNERS AFFILIATED FUND III L.P., et al., | |
| Defendants. | |

WHEREAS, no Defendant has appeared in this action;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed in this action;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: May 31, 2011               MOORE LAW FIRM, P.C.


                                 /s/Tanya E. Moore
                                 Tanya E. Moore
                                 Attorneys for Plaintiff

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. This Court VACATES the June 8, 2011 scheduling conference and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **May 31, 2011**                              **/s/ Lawrence J. O'Neill**
                                                                             UNITED STATES DISTRICT JUDGE

*Morales v. M H Realty Partners Affiliated Fund III L.P., et al.*
Notice of Voluntary Dismissal; Order
Page 2